MARC A. PILOTIN
Regional Solicitor
KATHERINE E. CAMERON
Associate Regional Solicitor
TARA STEARNS (CSBN 291130)
Senior Trial Attorney
UNITED STATES DEPARTMENT OF LABOR
90 7th St., Suite 3-700
San Francisco, CA 94103
Telephone: (202) 961-5737
Stearns.Tara.E@dol.gov
*Attorneys for Plaintiff*
*Acting United States Secretary of Labor*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT N. MICONE III, Acting Secretary of Labor, United States Department of Labor, <br><br> Plaintiff[1], <br><br> v. <br><br> TOLENTINO & TOLENTINO PARTNERS DBA HOWARD HOME, a partnership; AIZABEL HOME, INC., a corporation; ALYZA HOME, INC., a corporation; GALA HOME, INC., a corporation; GYPSUM CREEK HOMES, INC., a corporation; MARIA LILIAN TOLENTINO, an individual; JUDY TOLENTINO, an individual; RAMON TOLENTINO; and ANGELES MARQUEZ, an individual. <br><br> Defendants. | Case No.  5:25-cv-00073 <br><br> **NOTICE OF LODGING OF PROPOSED CONSENT JUDGMENT AND PERMANENT INJUNCTION** |

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Vincent N. Micone, III is substituted in for Julie A. Su, who resigned on January 20, 2025.

[PROPOSED] CONSENT JUDGMENT AND ORDER
Case No. 5:25-cv-00073

1    Plaintiff VINCENT N. MICONE III, Acting Secretary of Labor, United

2  States Department of Labor, and Defendants TOLENTINO & TOLENTINO

3  PARTNERS DBA HOWARD HOME, a partnership; AIZABEL HOME, INC., a

4  corporation; ALYZA HOME, INC., a corporation; GALA HOME, INC., a

5  corporation; GYPSUM CREEK HOMES, INC., a corporation; MARIA LILIAN

6  TOLENTINO, an individual; JUDY TOLENTINO, an individual; RAMON

7  TOLENTINO; and ANGELES MARQUEZ, an individual, have reached an

8  agreement and have executed the attached proposed Consent Judgment and Order.

9
10  Dated: February 14, 2025              Respectfully submitted,

11                                        EMILY SU
12                                        Deputy Solicitor of National Operations

13                                        MARC A. PILOTIN
14                                        Regional Solicitor

15                                        KATHERINE E. CAMERON
16                                        Associate Regional Solicitor

17
18                                        */s/ Tara Stearns*
19                                        Tara Stearns
20                                        Senior Trial Attorney
21                                        Attorneys for Plaintiff
                                          United States Acting Secretary of Labor
22
23
24
25
26
27
28  [PROPOSED] CONSENT JUDGMENT AND ORDER
    Case No. 5:25-cv-00073

                                                                              2

CERTIFICATE OF SERVICE

I certify that on February 14, 2025, a copy of the foregoing Notice of Lodging of Proposed Consent Judgment and Order and the attached [Proposed] Consent Judgment and Order was served on the following representatives of Defendants by U.S. mail and email:

Jerry Kaplan
Joseph Benincasa
Kaplan, Kenegos & Kadin
9150 Wilshire Blvd, Suite 175
Beverly Hills, CA 90212
jobenincasa@gmail.com

Dated: February 14, 2025                    /s/ *Tara Stearns*
                                             Tara Stearns

[PROPOSED] CONSENT JUDGMENT AND ORDER
Case No. 5:25-cv-00073

3